UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

IN RE:  CASE NO.: 24-22891
CHAPTER 13

**Laura Elizabeth England,**
   **Debtor.**

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of HSBC Bank USA, National Association, as Trustee for Wells Fargo Alternative Loan 2007-PA3 Trust ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLP
13010 MORRIS ROAD, SUITE 450
ALPHARETTA, GA 30004**

        Robertson, Anschutz, Schneid & Crane LLP
        Attorney for Secured Creditor
        1 Park Plaza, Suite 600
        Irvine, CA 92614
        Telephone: 470-321-7112
        Facsimile: 404-393-1425

        By: /s/Theron S. Covey
           Theron S. Covey
           Email: tcovey@raslg.com

Theron Covey (SBN 246746)
tcovey@raslg.com
Robertson, Anschutz, Schneid & Crane LLP
1 Park Plaza, Suite 600
Irvine, CA 92614
Telephone: (471) 321-7112

Attorney for: HSBC Bank USA, National Association, as Trustee for Wells Fargo Alternative Loan 2007-PA3 Trust

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| In re:<br><br>Laura Elizabeth England<br><br><br><br><br><br>Debtor(s) | **Bankruptcy Case No.:** 24-22891<br>**Docket Control Number:**<br><br>**Hearing Information** *(if applicable)*:<br><br>Hearing Date:<br>Hearing Time:<br>Location:<br>Judge: |
|---|---|
| v.<br><br><br>Plaintiff(s)<br><br><br><br><br><br>Defendant(s) | **Adversary Proceeding No.** *(if applicable)*:<br>**Docket Control Number:**<br><br>**Hearing Information** *(if applicable)*:<br><br>Hearing Date:<br>Hearing Time:<br>Location:<br>Judge: |

**CERTIFICATE OF SERVICE OF**

**Request for Notice**

1

I, the undersigned, certify and declare:

1. **Personal knowledge.** I am over the age of 18 years and not a party to the above-entitled case.
2. **Status.** I am ☐ an attorney of record in this case/adversary proceeding, **or** ☐ trustee, **or** ☑ my business/employer is Robertson, Anschutz, Schneid & Crane LLP and my ☑ business address **or** ☐ mailing address if not a business is:

   1 Park Plaza, Suite 600, Irvine, CA 92614_____.

3. **About the Case/Proceeding.** *(Check at least one type of case/proceeding and as many subheadings thereunder as applicable.)*

| ☐ **Chapter 7 case** *(indicate below if subject to limited noticing; check all that are applicable.)* | ☑ **Chapter 12 or 13 case** *(indicate below if subject to limited noticing; check all that are applicable.)* |
|---|---|
| ☐ Rule 2002(h) Limited Noticing. Fed. R. Bankr. P. 2002(h); LBR 2002-3. *(Check all that are applicable.)* | ☐ Rule 2002(h) Limited Noticing. This case is subject to limited noticing because at least 70 days have elapsed since the order for relief. Fed. R. Bankr. P. 2002(h); LBR 2002-3.7 |
| ☐ One of the following applies: (1) This is a voluntary asset case and at least 70 days have elapsed since the order for relief; (2) This is an involuntary asset case and at least 90 days have elapsed since the order for relief; (3) This is a no asset case and at least 90 days have elapsed since the mailing of the notice of time for filing claims under Fed. R. Bankr. P. 3002(c)(5). | ☐ Rule 3015(h) Limited Noticing (post-confirmation plan modification only). This case is subject to limited noticing because the debtor(s) has confirmed at least one plan and the modified plan filed herewith neither lengthens the term of, nor diminishes the dividend due general unsecured creditors, from the most recently confirmed plan. Fed. R. Bankr. P. 3015(h); LBR 3015-1(d)(3). |
| ☐ This case is subject to an order limiting service. Fed. R. Bankr. P. Rule 2002(m). The order limiting service is docketed at ECF no.____. | ☐ This case is subject to an order limiting service. Fed. R. Bankr. P. 2002(m). The order limiting service is docketed at ECF no ____. |
| ☐ **Chapter 9 case** *(indicate below if subject to limited noticing)* | ☐ **Chapter 11 case** *(indicate below if subject to limited noticing)* |
| ☐ This case is subject to an order limiting service. Fed. R. Bankr. P. 2002(m). The order limiting service is docketed at ECF no.____. | ☐ This case is subject to limited noticing because one or more creditors/equity holders committees have been appointed. Fed. R. Bankr. P. 2002(i); LBR 2002-4. |
| | ☐ This case is subject to an order limiting service. Fed. R. Bankr. P. 2002(m). The order limiting service is docketed at ECF no.____. |
| ☐ **Chapter 15 case** | ☐ **Adversary Proceeding** |

4. **About the Documents Served**
On August 17, 20 24, by the method(s) specified below, the following documents were served *(list in the space provided)*:

Request for Notice

**or** ☐ those documents described in the list appended hereto and numbered *Attachment 4.*

EDC Form 7-005, New 06/2022                            2

5. **Who is Being Served**
   Unless otherwise indicated below, all indicated parties below have received all documents described in Section 4.

   - ☑ Debtor(s)
   - ☑ Debtor's attorney(s)
   - ☑ Trustee
   - ☑ U.S. Trustee
   - ☐ 20 largest creditors
   - ☐ Attorneys of record who have appeared in the Bankruptcy Case, the Adversary Proceeding, or contested matter.
   - ☐ Plaintiff(s)
   - ☐ Defendant(s)
   - ☐ All committee members
   - ☐ Equity security holders
   - ☐ All creditors and parties in interest
   - ☐ All creditors and parties in interest (Notice of Hearing only)
   - ☐ Creditors that have filed claims
   - ☐ Creditors that have filed claims (Notice of Hearing only)
   - ☐ Administrative claimants
   - ☐ Creditors holding allowed secured claims
   - ☐ Creditors holding allowed priority unsecured claims
   - ☐ Creditors holding leases or executory contracts that have been assumed
   - ☐ Persons who have filed a Request for Notice (see *Attch. 5*)
   - ☐ Other Party(ies) in interest (see *Attch. 5*)

   **or** ☐ those parties in interest described in the list appended hereto and numbered *Attachment 5*.

6. **How Service is Accomplished**

   A. ☐ **Rule 7004 Service.** *(Check at least one, if applicable.)*

   Service was effected on those persons listed below by placing a true and correct copy of the document(s) served in a sealed envelope, first class mail, postage prepaid in the United States Postal Service (or in a place designated by the law firm or trustee for outgoing mail prior to the last regular pick up of outgoing mailing for the day) for each of the persons listed below. Fed. R. Bankr. P. 7004(b). A list of the persons served, including their name/capacity to receive service, and address is appended hereto and numbered *Attachment 6A*.

   B. ☑ **Rule 5 and Rules 7005, 9036 (when Rule 7004 service is not required) Service** *(Check at least one, if applicable.)*

   1. ☑ **Electronic Service on Registered Users of the Court's Electronic Filing System.**

      Service on those parties in interest, listed below, will be effected by filing those documents, listed above, with the Clerk of the Court. Fed. R. Bankr. P. 9036, 7005; Fed. R. Civ. P. 5(b). Electronic service on registered users of the electronic filing system is not permitted for pleadings or papers that must be served in accordance with Fed. R. Bankr. P. 7004. A copy of the Clerk's Electronic Service Matrix applicable to this case and/or adversary proceeding is appended hereto and numbered *Attachment 6B1*.

   2. ☑ **U.S. Mail**

      Service on those parties, listed below, was effected by placing a true and correct copy of the document(s) served in a sealed envelope, first class mail, postage prepaid in the United States Postal Service (or in a place designated by the law firm or trustee for outgoing mail prior to the last regular pick up of outgoing mailing for the day) for each of the persons indicated below. Fed. R. Civ. P. 5(b)(2)(c); FRBP 9014.

      ☐ **Clerk's Matrix of Creditors.** A copy of the matrix of creditors maintained by the Clerk of the Court as applicable to this case and/or adversary proceeding is appended hereto and numbered *Attachment 6B2*. Such list shall be downloaded not more than seven days prior to the date of filing of the pleadings and other documents and shall reflect the date of downloading. WARNING: If "raw data format" of the Clerk's Matrix of Creditors is Attachment 6B2, the signer of the Certificate of Service hereby swears that no changes to the matrix have been made except (1) formatting; and/or (2) "X" ing out of person not served. Such list shall be downloaded not more than seven days prior to the date of filing of the pleadings and other documents and shall reflect the date of downloading.

      ☑ **List Other Than the Clerk's Matrix of Creditors.**

      Where service by U.S. Mail is effected on six or fewer parties in interest, parties may (but need not) use a service list. A copy of the custom service list is appended hereto and numbered *Attachment 6B2*.

   3. ☐ **Other Methods of Service**

      Specify the means of delivery. Fed. R. Civ. P. 5 (b)(2) (A)-(F). A list of those persons so served and the addresses at which they are served is appended hereto and numbered *Attachment 6B3*.

I swear or certify under penalty of perjury that the foregoing is true and correct.

Executed on August 17, 20 24, at Irvine, CA.
                                                 City        State

Amber Matas                              /s/ Amber Matas
Print Name                                Signature

EDC Form 7-005, New 06/2022



**Attachment 6B1**
**Matrix of Registered Users of the Electronic Filing System**
**Case Name: Laura Elizabeth England**
**Case Number: 24-22891**
**Date: 8/17/2024 9:20 AM**

Office of the U.S. Trustee / Trustee / ustpregion17.sc.ecf@usdoj.gov

David Cusick / Trustee / legalmail@cusick13.com

Michael Benavides / Attorney / mike.benavides@hotmail.com

**Certificate of Service**

**Attachment 6B2**

**Laura Elizabeth England**

**7235 Larchmont Drive**

**North Highlands, CA 95660**